IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY ANN (SHAW) NAWROCKI,

       Plaintiff,

 v.

CARLEY N. SAUTER,

       Defendant.

ORDER

18-cv-698-jdp

---

  Plaintiff Mary Ann Nawrocki, appearing pro se, alleges that defendant Dr. Carley Sauter committed malpractice in examining her on behalf of her employer in the course of a legal proceeding. In a November 19, 2018 order, I stated that Nawrocki's only potential claim was a Wisconsin-law medical malpractice claim against Sauter, but that it was unclear whether this court had diversity jurisdiction over the case because Nawrocki failed to establish that she and Sauter were citizens of different states. Dkt. 6. Nawrocki alleged that she is a citizen of both Wisconsin and Missouri and that Sauter is a Wisconsin citizen. *Id.*

  I gave Nawrocki until December 3, 2018, to respond to this order, explaining what state she was domiciled in when she filed her complaint. *Id.* I warned her that if she failed to respond, I would dismiss the case for her failure to establish that this court has jurisdiction to consider it. *Id.* It is well past that deadline, and Nawrocki has not responded to my order. So I will dismiss the case.

ORDER

IT IS ORDERED that this case is DISMISSED for plaintiff's failure to establish subject matter jurisdiction.

Entered January 10, 2019.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge