IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

    Plaintiff,

  v.

Case No. 18-cv-698-jdp

CARLEY N. SAUTER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 01/10/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |