# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Mary Ann Nawrocki

    Plaintiff

NOTICE OF APPEAL

v.

Case No.3:2018-cv-00698

Dr. Carley Sauter

    Defendant

Notice is given that the plaintiff/ defendant, Mary Ann Nawrocki, appease to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on appeal letter is *retroactive* for any dismissals in the past and / or future.

Dated and signed this August day of 17, 2020

Madison,     Wisconsin

Signature_____

Date_____

Address is private because of an attack on my life

At the Civic Center Transit Site, I assume

by the State of Wisconsin

Case No.4:18-cv-1034-JCH

Contact me, via, email @ wi.crueltyhatred@gmail.com

08/17/2020